

# Fourth Court of Appeals
## San Antonio, Texas

July 24, 2014

No. 04-14-00507-CR

**IN RE** Susan **REED**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Sandee Bryan Marion, Justice
               Patricia O. Alvarez, Justice
               Luz Elena D. Chapa, Justice

On July 22, 2014, relator filed a petition for writ of mandamus. This court is of the opinion that a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). **The respondent and the real party in interest may file a response to the petition in this court no later than August 7, 2014.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

It is so **ORDERED** on July 24th, 2014.           PER CURIAM

ATTESTED TO: _____

Keith E. Hottle
Clerk of Court



---

[1] This proceeding arises out of Cause Nos. 413040; 413041 and 413042, styled *The State of Texas v. Ricardo Garza*, pending in the County Court at Law No. 15, Bexar County, Texas, the The Honorable Michael La Hood presiding.